IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No.  1:13CR00110 SNLJ |
| DANIEL WARREN, | ) ) ) |
| Defendant. | ) ) |

**ENTRY OF APPEARANCE**

COMES NOW Scott F. Tilsen, Assistant Federal Public Defender for the Eastern District of Missouri, and enters his appearance as attorney of record for Defendant.

Respectfully submitted,

/s/Scott Tilsen
Scott F. Tilsen
Assistant Federal Public Defender
325 Broadway, 2nd Floor
Cape Girardeau, Missouri 63701
Telephone: (573) 339-0242
Fax: (573) 339-0305
E-mail: scott_tilsen@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Tiffany Becker, Assistant United States Attorney.

/s/Scott Tilsen
Scott F. Tilsen