IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:13CR00110 SNLJ |
| | ) |
| DANIEL WARREN, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AND NOTICE OF INTENT NOT TO REPRESENT DEFENDANT ON A PETITION FOR COMPASSIONATE RELEASE IN RELATION TO COVID-19 IN ACCORDANCE WITH SECTION 603(b) OF THE FIRST STEP ACT OF 2018, 18 U.S.C. §3582(c) AND (d)

COMES NOW, the undersigned attorney pursuant to the order of the Chief Judge of the U.S. District Court of the Eastern District of Missouri of April 1, 2020, and hereby notifies the Court that the Office of the Federal Defender for the Eastern District of Missouri has reviewed pertinent documents relating to Mr. Warren's motion for compassionate release in light of COVID-19 per the First Step Act of 2018 and applicable statutes. As counsel understands, the Bureau of Prisons will release Mr. Warren upon approval of his home plan by the U.S. Probation Office. Therefore, no further filing will be made at this time.

By way of a letter deposited in the U.S. Mail today, Mr. Warren has been notified the Office of the Federal Defender will not be filing a motion on his behalf to supplement his pro-se motion to the Court. An order permitting undersigned counsel to withdraw is also sought.

Respectfully submitted,

/s/Scott Tilsen
Scott F. Tilsen
Assistant Federal Public Defender
325 Broadway, 2nd Floor
Cape Girardeau, Missouri 63701
Telephone: (573) 339-0242
Fax: (573) 339-0305
E-mail: scott_tilsen@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Tiffany Becker, Assistant United States Attorney.

/s/Scott F. Tilsen
Scott F. Tilsen